

**David Lee SIMMONS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 2, 1973.

Philip H. Wilson, Glasgow, for appellant.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, affirming.*

**Melvin CROWE, Appellant,**

v.

**CHARLIE STURGILL MOTOR CO. and Workmen's Compensation Bd. of Kentucky, Appellees.**

Court of Appeals of Kentucky.

March 2, 1973.

W. R. Patterson, Jr., Landrum, Patterson & Dickey, Lexington, for appellant.

Frank Reaves, Jr., Brown, Sledd & McCann, Lexington, for appellees.

Memorandum Opinion of the Court by Chief Justice PALMORE, affirming.*

**In re Joshua W. CUMMINS.**

Court of Appeals of Kentucky.

March 2, 1973.

Edward C. Airhart, Schaefer & Airhart, Louisville, for petitioner.

PER CURIAM, denying.*

* Opinion ordered not to be published.